```
                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF TEXAS
                         FORT WORTH DIVISION
```

UNITED STATES OF AMERICA            §
                                    §
VS.                                 §        CRIMINAL NO. 4:21-CR-311-Y
                                    §
CONRADO OLIVO-DURON (1)             §

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ADJUDGING DEFENDANT GUILTY

The Court has reviewed all relevant matters of record in this case, including especially (1) the Consent to Administration of Guilty Plea and Allocution by United States Magistrate Judge and (2) the Report of Action and Recommendation on Plea Before the United States Magistrate Judge.  No objections to either have been filed within fourteen (14) days of service in accordance with 28 U.S.C. § 636(b)(1).  Therefore, the Court concludes that the report and recommendation of the magistrate judge on the plea of guilty is correct, and it is hereby accepted by the Court.  Accordingly, the Court accepts the plea of guilty, and defendant is hereby adjudged guilty.  The defendant's sentence will be imposed in accordance with the Court's sentencing scheduling order.

    SIGNED January 28, 2022.

                                            _____
                                            TERRY R. MEANS
                                            UNITED STATES DISTRICT JUDGE